UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:95-cr-0044-01 (B/F) |
| | ) | |
| CHARLES THOMAS SHARP, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the undersigned U. S. Magistrate Judge pursuant to the Order entered by the Honorable Sarah Evans Barker, Judge, on March 6, 2008, designating this Magistrate Judge to conduct hearings on the Petition for Summons or Warrant for Offender Under Supervision, filed with the Court on March 3, 2008, and to submit to Judge Barker proposed Findings of Facts and Recommendation for disposition under Title 18 U.S.C. §§3401(i) and 3583(e). Proceedings in this matter were held on September 16, 2011, pursuant to Title 18 U.S.C. §3583, and Rule 32.1(a)(1) of the *Federal Rules of Criminal Procedure*.[1] The government appeared by Doris Pryor, Assistant United States Attorney, for James Warden, Assistant United States Attorney; the defendant appeared in person with his appointed counsel, William Marsh, the Indiana Federal Community Defender; and Jason Phillips, U. S. Parole and Probation officer, appeared and participated in the

---

[1] All proceedings are recorded by suitable sound recording equipment unless otherwise noted. *See*, Title 18, United States Code, Section 3401(e).

proceedings. On September 16, 2011, the Court conducted the following procedures in accordance with Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583:

1. That William Marsh, the Indiana Federal Community Defender, appointed counsel, was present to represent Mr. Sharp in regard to the Petition for Revocation of Supervised Release.

2. A copy of the Petition for Revocation of Supervised Release was provided to Mr. Sharp and his counsel who informed the Court that they had read and understood the specifications of each alleged violation and waived further reading thereof.

3. Mr. Sharp was advised of his right to a preliminary hearing and its purpose in regard to the alleged specified violations of his supervised release contained in the pending Petition.

4. That Mr. Sharp would have a right to question witnesses against him at the preliminary hearing unless the Court, for good cause shown, found that justice did not require the appearance of a witness or witnesses.

5. That Mr. Sharp had the opportunity to appear at the preliminary hearing and present evidence on his own behalf.

6. That if the preliminary hearing resulted in a finding of probable cause that Mr. Sharp had violated the alleged condition or conditions of supervised release set forth in the Petition, he would be held for a revocation hearing before the undersigned Magistrate Judge, in accordance with Judge Barker's designation on March 6, 2008.

7. Mr. Sharp stated his readiness to waive the preliminary hearing. Mr. Sharp then waived, in writing, the preliminary hearing and he was held to answer.

8. Mr. Sharp, by counsel, stipulated that he committed violations of specifications 1.A. and 1.C., but not 1.B. The government agreed that it would dismiss violation of specification 1.B., and the Court granted same. The violations admitted to are as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **"While on supervised release, the defendant shall not commit another federal, state, or local crime."** |
| A. | According to Detective Jason Albaugh of the Frankfort Police Department, on January 20, 2008, the offender stole several containers of beer and other alcoholic beverages from a CVS store in Frankfort. The incident was recorded on videotape and a statement was taken from the person who drove the offender to the store. A charge of Theft, a Class D felony, has been filed in Clinton County Circuit Court, under cause number 12C01-10801-FD-029. The defendant was arrested on the Clinton County warrant by the U.S. Marshals Service on January 31, 2008. After he was transported to Clinton County Jail, his family members paid a $700 cash bond, and he was released. |
| C. | According to Detective Eric Booth, on February 20, 2008, the offender robbed Cork and Keg Liquors, located in Frankfort, Indiana. During the robbery, the offender allegedly told the clerk he had a gun and demanded money. He left with $300 and a 12-pack of beer. The incident was recorded on videotape and the clerk identified the defendant in a photo array. On February 22, 2008, this officer viewed the videotape, which shows Mr. Sharp committing the robbery. On February 22, 2008, the offender was arrested and charged with two counts of Robbery and one count of Attempted Robbery, all Class C felonies. He appeared before the Clinton County Superior Court and was formally charged and held on a $4,500 cash bond, under cause number 12D01-0802-FC-013. The offender has admitted to being at two of the robberies and taking money from those locations. |

The Court placed Mr. Sharp under oath and directly inquired of him whether he admitted specifications of violations of his supervised release set forth above. Mr. Sharp stated that he admitted the above violations as set forth. The Court now finds there is a basis in fact for his

admissions and accepts same.

Counsel for the parties further stipulated to the following:

    1)    Mr. Sharp has a relevant criminal history category of VI, U.S.S.G. §7B1.4(a).

    2)    The most serious grade of violation committed by Mr. Sharp constitutes a Grade A violation, pursuant to U.S.S.G. §7B1.1(b).

    3)    Pursuant to U.S.S.G. §7B1.4(a) upon revocation of supervised release, the range of imprisonment applicable to Mr. Sharp is 51-63 months.

    4)    The parties did not agree as to the appropriate disposition for Mr. Sharp's violation of the conditions of supervised release.

9. The defendant, by counsel, and the government each presented evidence regarding appropriate disposition of the case.

The Court, having heard the admissions of the defendant, the stipulations of the parties, and the arguments and discussions on behalf of each party, **NOW FINDS** that the defendant, Charles Thomas Sharp, Jr., violated the above-delineated conditions in the Petition filed March 3, 2008.

Mr. Sharp's supervised release is therefore **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 60 months, with no supervised release to follow. It is recommended that the defendant be designated to the Federal Correctional Complex at Pollock, Louisiana.

The Magistrate Judge requests that Jason Phillips, U. S. Parole and Probation Officer, prepare for submission to the Honorable Sarah Evans Barker, District Judge, as soon as practicable, a supervised release revocation judgment, in accordance with these findings of facts, conclusions of law and recommendation.

You are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge pursuant to Title 28, U.S.C. §636(b)(1)(B) and (C) and Rule 72(b) of the *Federal Rules of Civil Procedure*. You shall have within fourteen days after being served a copy of this Report and Recommendation to serve and file written objections to the proposed findings of facts and conclusions of law and recommendations of this Magistrate Judge. If written objections to the Magistrate Judge's proposed findings of facts and recommendations are made, the District Judge will make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which an objection is made.

WHEREFORE, the U. S. Magistrate Judge **RECOMMENDS** the Court adopt the above recommendation revoking Mr. Sharp's supervised release and the sentence imposed of 60 months in the custody of the Attorney General or his designee, with no supervised release to follow. It is recommended that Mr. Sharp be designated to the Federal Correctional Complex at Pollock, Louisiana.

IT IS SO RECOMMENDED this 28th day of September, 2011.

                                      Kennard P. Foster, Magistrate Judge
                                      United States District Court

Distribution:

James Warden,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Marsh,
The Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal